BEDELL v. ABRAHAMS et al.

(Supreme Court, Appellate Term, First Department. December 6, 1912.)

MASTER AND SERVANT (§ 73*)—EMPLOYMENT—DISCHARGE—COMPENSATION.

> Where plaintiff, a designer, was not employed for any particular period, and was to be paid at the rate of $50 a week, or two-sixths of $50 for two days, and was discharged for cause after two days, she was only entitled to recover compensation for those two days.

> [Ed. Note.—For other cases, see Master and Servant, Cent. Dig. §§ 90–102; Dec. Dig. § 73.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Anne T. Bedell against Bernard J. Abrahams and another. From a judgment in favor of defendants, plaintiff appeals. Reversed, and new trial ordered.

Argued November term, 1912, before LEHMAN, PAGE, and HOTCHKISS, JJ.

Louis B. Brodsky, of New York City (M. Spencer Bevins, of New York City, of counsel), for appellant.

Henry C. Neuwirth, of New York City (John J. Weiss, of New York City, of counsel), for respondents.

PER CURIAM. Plaintiff was employed by defendants as a designer of waists. After 2½ days' service, she was discharged for

having surreptitiously made sketches of models, whereupon she brought this action to recover $50, the wages she was to receive for a week's service.

The evidence justified the court in finding that her discharge was justifiable. Had she been employed by the week, she could not have recovered a pro rata proportion of the week's salary for the period she actually served; but the defendants' general manager, by whom she was employed, testified that she was not employed for any particular period, and that her compensation was to be at the rate of $50 per week, and that, "if she worked two days, she gets two-sixths of $50." Under these circumstances, plaintiff was entitled to recover for the period she actually served.

Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.